# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1018**　　　　　　　　　　　　　　　　　**September Term, 2023**

FERC-ER18-1639-026
FERC-ER18-1639-024
FERC-ER18-1639-000

**Filed On: February 8, 2024** [2039415]

Braintree Electric Light Department, et al.,

　　　　Petitioners

　v.

Federal Energy Regulatory Commission,

　　　　Respondent

## O R D E R

The petition for review in this case was filed and docketed on February 2, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 11, 2024 |
| Docketing Statement Form | March 11, 2024 |
| Procedural Motions, if any | March 11, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 11, 2024 |
| Statement of Issues to be Raised | March 11, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | March 11, 2024 |
| Dispositive Motions, if any | March 25, 2024 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1018**                                                              September Term, 2023

| | |
|---|---|
| Entry of Appearance Form | March 11, 2024 |
| Procedural Motions, if any | March 11, 2024 |
| Certified Index to the Record | March 25, 2024 |
| Dispositive Motions, if any | March 25, 2024 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Erica M. Thorner
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases