# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1018**  September Term, 2023

FERC-ER18-1639-026
FERC-ER18-1639-024
FERC-ER18-1639-000

**Filed On: March 26, 2024** [2046816]

Braintree Electric Light Department, et al.,

      Petitioners

   v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Constellation Mystic Power, LLC and ISO New England Inc.,
      Intervenors

# O R D E R

Upon consideration of the motions for leave to intervene filed by: Constellation Mystic Power, LLC, ISO New England Inc., it is

**ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(e)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondent. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 39 (2021), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. <u>See</u> D.C. Cir. Rule 39.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1018**                                **September Term, 2023**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Emily K. Campbell
        Deputy Clerk